# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| TOLBERT, BARBARA J | § | Case No. 14-25156 |
| | § | |
| Debtor | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Phillip D. Levey, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 0.00 *(Without deducting any secured claims)* | Assets Exempt: 6,725.00 |
| Total Distributions to Claimants: 11,438.37 | Claims Discharged Without Payment: 10,031.00 |
| Total Expenses of Administration: 31,301.46 | |

3) Total gross receipts of $ 59,100.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 16,360.17  (see **Exhibit 2**), yielded net receipts of $ 42,739.83  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ 6,288.30 | $ 6,288.30 | $ 6,288.30 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 31,301.46 | 31,301.46 | 31,301.46 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 10,031.00 | 5,150.07 | 5,150.07 | 5,150.07 |
| **TOTAL DISBURSEMENTS** | $ 10,031.00 | $ 42,739.83 | $ 42,739.83 | $ 42,739.83 |

    4)  This case was originally filed under chapter 7 on 07/08/2014 . The case was pending for 36 months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  06/15/2017                    By:/s/Phillip D. Levey
                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Other Litigation/Settlements | 1249-000 | 58,000.00 |
| Wrongful Death Claim | 1249-000 | 1,100.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 59,100.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Brbara Tolbert | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-000 | 16,360.17 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 16,360.17** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | MEDICARE | 4220-000 | NA | 6,288.30 | 6,288.30 | 6,288.30 |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ 6,288.30** | **$ 6,288.30** | **$ 6,288.30** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| LEVEY, PHILLIP D. | 2100-000 | NA | 5,023.98 | 5,023.98 | 5,023.98 |
| LEVEY, PHILLIP D. | 2200-000 | NA | 72.14 | 72.14 | 72.14 |
| ASSOCIATED BANK | 2600-000 | NA | 38.24 | 38.24 | 38.24 |
| LEVEY, PHILLIP D. | 3110-000 | NA | 4,815.57 | 4,815.57 | 4,815.57 |
| DUDLEY & LAKE LLC | 3210-000 | NA | 19,333.34 | 19,333.34 | 19,333.34 |
| DUDLEY & LAKE LLC | 3220-000 | NA | 2,018.19 | 2,018.19 | 2,018.19 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 31,301.46 | $ 31,301.46 | $ 31,301.46 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cb/Carsons Po Box 182789 Columbus, OH 43218 | | 1,049.00 | NA | NA | 0.00 |
| | Cbna 1000 Technology Dr O Fallon, MO 63368 | | 3,419.00 | NA | NA | 0.00 |
| | Citi Po Box 6241 Sioux Falls, SD 57117 | | 3,007.00 | NA | NA | 0.00 |
| | Springleaf Financial S 4535 Lincoln Hwy Matteson, IL 60443 | | 2,556.00 | NA | NA | 0.00 |
| 000002 | PYOD, LLC, AS ASSIGNEE OF CITIBANK | 7100-000 | NA | 2,944.87 | 2,944.87 | 2,944.87 |
| 000001 | SPRINGLEAF FINANCIAL SERVICES | 7100-000 | NA | 2,205.20 | 2,205.20 | 2,205.20 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 10,031.00 | $ 5,150.07 | $ 5,150.07 | $ 5,150.07 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 14-25156   PSH   Judge: PAMELA S. HOLLIS | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | TOLBERT, BARBARA J | Date Filed (f) or Converted (c): | 07/08/14 (f) |
|  |  | 341(a) Meeting Date: | 08/08/14 |
| For Period Ending: | 06/15/17 | Claims Bar Date: | 12/16/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Citibank Checking | 0.00 | 0.00 |  | 0.00 | FA |
| Citibank Checking |  |  |  |  |  |
| 2. Citibank Savings | 0.00 | 0.00 |  | 0.00 | FA |
| Citibank Savings |  |  |  |  |  |
| 3. Household Goods | 500.00 | 0.00 |  | 0.00 | FA |
| Used Household Goods & Furniture |  |  |  |  |  |
| 4. Wearing Apparel | 500.00 | 0.00 |  | 0.00 | FA |
| Clothing |  |  |  |  |  |
| 5. Colonial Penn Whoe Life Insurance | 700.00 | 0.00 |  | 0.00 | FA |
| Colonial Pen Whole Life Insurance |  |  |  |  |  |
| 6. AARP Term Life Insurance | 0.00 | 0.00 |  | 0.00 | FA |
| AARP Term Life Insurance |  |  |  |  |  |
| 7. Mutual of Ohmaha Term Life Insurance | 0.00 | 0.00 |  | 0.00 | FA |
| Mutual of Ohmaha Term Life Insurance |  |  |  |  |  |
| 8. Pension / Profit Sharing | Unknown | 0.00 |  | 0.00 | FA |
| Health Care Service Corp Pension |  |  |  |  |  |
| 9. Vehicles | 5,025.00 | 1,975.00 |  | 0.00 | FA |
| 2005 Nissan Xterra |  |  |  |  |  |
| 10. Wrongful Death Claim (u) | 0.00 | 20,000.00 |  | 15,100.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)      $6,725.00      $21,975.00      $15,100.00      $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

LFORM1

**UST Form 101-7-TDR (10/1/2010)** *(Page: 6)*

Ver: 20.00a

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | |
|---|---|
| Case No: | 14-25156    PSH    Judge: PAMELA S. HOLLIS |
| Case Name: | TOLBERT, BARBARA J |

| | |
|---|---|
| Trustee Name: | Phillip D. Levey |
| Date Filed (f) or Converted (c): | 07/08/14 (f) |
| 341(a) Meeting Date: | 08/08/14 |
| Claims Bar Date: | 12/16/14 |

Initial Projected Date of Final Report (TFR): 07/13/17    Current Projected Date of Final Report (TFR): 06/30/17

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 14-25156 -PSH | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | TOLBERT, BARBARA J | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******5190 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3901 | | |
| For Period Ending: | 06/15/17 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/06/16 | 10 | Dudley & Lake LLC | SETTLEMENT | | 14,000.00 | | 14,000.00 |
| | | 325 North Milwaukee Ave. | | | | | |
| | | Libertyville, IL | | | | | |
| | | DUDLEY & LAKE LLC | Memo Amount:    58,000.00 | 1249-000 | | | |
| | | | SETTLEMENT | | | | |
| | | MEDICARE | Memo Amount:  (  6,288.30 ) | 4220-000 | | | |
| | | | Medicare Lien Payment | | | | |
| | | DUDLEY & LAKE LLC | Memo Amount:  (  19,333.34 ) | 3210-000 | | | |
| | | | Special Counsel Fees | | | | |
| | | DUDLEY & LAKE LLC | Memo Amount:  (  2,018.19 ) | 3220-000 | | | |
| | | | Special Counsel Expenses | | | | |
| | | TOLBERT, BRBARA | Memo Amount:  (  16,360.17 ) | 8200-000 | | | |
| | | | Unauthorized Distribution to Debtor | | | | |
| 01/09/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.45 | 13,982.55 |
| 02/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.79 | 13,961.76 |
| 03/01/17 | 10 | Dudley & Lake LLC | SETTLEMENT | 1249-000 | 1,100.00 | | 15,061.76 |
| | | | Settlement per Order dated 1-12-17. | | | | |
| 04/07/17 | 010001 | Phillip D. Levey | Trustee Compensation | 2100-000 | | 5,023.98 | 10,037.78 |
| 04/07/17 | 010002 | Phillip D. Levey | Trustee Expenses | 2200-000 | | 72.14 | 9,965.64 |
| 04/07/17 | 010003 | Phillip D. Levey | Attorney for Trustee Fees (Trustee | 3110-000 | | 4,815.57 | 5,150.07 |
| 04/07/17 | 010004 | Springleaf Financial Services | Claim 000001, Payment 100.00000% | 7100-000 | | 2,205.20 | 2,944.87 |
| | | of Illinois, Inc. | (1-1) Modified on 10/6/14 to | | | | |
| | | Springleaf Financial | correct creditor's name. (AD) | | | | |
| | | P.O. Box 3251 | | | | | |
| | | Evansville, IN 47731-3251 | | | | | |
| 04/07/17 | 010005 | PYOD, LLC as assignee of Citibank, N.A. | Claim 000002, Payment 100.00000% | 7100-000 | | 2,944.87 | 0.00 |
| | | Resurgent Capital Services | | | | | |
| | | PO Box 19008 | | | | | |

Page Subtotals    15,100.00    15,100.00

Ver: 20.00a

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit 9

| Case No: | 14-25156 -PSH | Trustee Name: | Phillip D. Levey |
| --- | --- | --- | --- |
| Case Name: | TOLBERT, BARBARA J | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******5190  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3901 | | |
| For Period Ending: | 06/15/17 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Greenville, SC 29602 | | | | | |

|  | | | | | |
| --- | --- | --- | --- | --- | --- |
| Memo Allocation Receipts: | 58,000.00 | COLUMN TOTALS | 15,100.00 | 15,100.00 | 0.00 |
| Memo Allocation Disbursements: | 44,000.00 | Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 15,100.00 | 15,100.00 | |
| Memo Allocation Net: | 14,000.00 | Less:  Payments to Debtors | | 0.00 | |
| | | Net | 15,100.00 | 15,100.00 | |
| | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 58,000.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 44,000.00 | Checking Account (Non-Interest Earn - ********5190 | 15,100.00 | 15,100.00 | 0.00 |
| | | | ---------------------- | ---------------------- | ---------------------- |
| Total Memo Allocation Net: | 14,000.00 | | 15,100.00 | 15,100.00 | 0.00 |
| | | | ============ | ============ | ============ |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals      0.00      0.00

Ver: 20.00a

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 9)*